**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

AFTON-BLUE EUGENE YEATMAN,    )
    )
    Plaintiff,    )
    )
v.    )    Case No. CIV-25-1158-J
    )
RILEY CREWS, et al.,    )
    )
    Defendants.    )

**ORDER**

Plaintiff, appearing pro se and in forma pauperis, brings this action under 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636.  [Doc. No. 4].  On March 3, 2026, Judge Erwin issued a Report and Recommendation recommending that the Court dismiss Plaintiff's Complaint without prejudice for failure to state a claim upon which relief may be granted.  [Doc. No. 16].  Plaintiff was advised of his right to object to the Report and Recommendation by March 20, 2026.  On March 19, 2026, Plaintiff filed a letter, which the Court construes as an objection to the Report and Recommendation.  [Doc. No. 17].  In his letter, Plaintiff states that the form he used for his complaint limited the information he could provide, and Plaintiff provides additional information regarding his claims and notes that he would like to drop claim two.  Having reviewed the Report and Recommendation and Plaintiff's letter, the Court concludes that Plaintiff's Complaint should be dismissed without prejudice and that Plaintiff should be granted leave to file an amended complaint.[1]

---

[1] Plaintiff may attach additional pages to the complaint form in order to provide all the information he believes is necessary to state his claims.

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 16], DISMISSES Plaintiff's Complaint without prejudice, and GRANTS Plaintiff leave to file an amended complaint.  Plaintiff shall file his amended complaint on or before April 27, 2026.

IT IS SO ORDERED this 26th day of March, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE